No. 80–543. NEW YORK *v.* HOWARD. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.